PD-0526-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/5/2015 12:00:00 AM
Accepted 10/5/2015 7:51:40 AM
ABEL ACOSTA
CLERK

**CCA NO. PD-0526-15**

## TEXAS COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | |
| | § | FILED IN<br>COURT OF CRIMINAL APPEALS |
| **vs.** | § | |
| | § | October 5, 2015 |
| | § | |
| **VICTOR MANUEL SCHUNIOR, JR.** | § | ABEL ACOSTA, CLERK |

### NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now come **ROBERTO BALLI** and **CLAUDIA V. BALLI** and enter this Notice of Appearance as counsel of record for Appellant **VICTOR MANUEL SCHUNIOR, JR.**

**ROBERTO BALLI** and **CLAUDIA V. BALLI** hereby request that all notices of future Court settings, Court activity, or State motions hereby be addressed to them.

Respectfully submitted,

**BALLI LAW OFFICE**
P.O. Box 1058
Laredo, Texas 78042-1058
Tel: (956) 712-4999
Fax: (956) 724-5830

By: */s/ Roberto Balli*
_____
ROBERTO BALLI
SBN: 00795235

By: */s/ Claudia V. Balli*
_____
CLAUDIA V. BALLI
SBN: 24073773

1